UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-__507-AB__ |
| v. | INDICTMENT |
| SUMMER SHEPHERD, | 18 U.S.C. § 111(a)(1); 18 U.S.C. § 1361 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Assault on a Federal Employee)
(18 U.S.C. § 111(a)(1))

On or about November 23, 2025, in the District of Oregon, defendant **SUMMER SHEPHERD** knowingly and forcibly assaulted Adult Victim 1 (AV1), an Enforcement and Removal Officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his/her official duties,

In violation of Title 18, United States Code, Section 111(a)(1).

///

///

## COUNT 2
### (Willfully Injuring or Committing Any Depredation Against Property of the United States)
### (18 U.S.C. § 1361)

On or about November 23, 2025, in the District of Oregon, defendant **SUMMER SHEPHERD** did knowingly and willfully injure or commit depredation against property of the United States, specifically, a 2022 Ford Escape, a vehicle used by the United States, and the resulting damage exceeded the sum of $1,000,

In violation of Title 18, United States Code, Section 1361.

Dated: December 9, 2025

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAMELA PAASO, TXB#24060371
Assistant United States Attorney

ARIN C. HEINZ
Assistant United States Attorney