Michael Charles Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00507-AB-1 |
| Plaintiff, | |
| v. | SECOND UNOPPOSED MOTION TO CONTINUE TRIAL |
| SUMMER SHEPHERD, | |
| Defendant. | |

Defendant, Summer Shepherd, through her attorneys, moves this Court to continue the

trial in the above-entitled case, which is presently scheduled for June 9, 2026, for a period of

approximately 119 days, to October 6, 2026, or a date thereafter convenient to the Court. This

motion is based on the reasons set forth in the accompanying declaration and is unopposed by

Assistant United States Attorney Arin Heinz.

This is defendant's second request to continue the trial in this matter. Additional time is

needed for the defense to continue investigating the case, conduct further review of the

discovery, have additional meetings with Ms. Shepherd, and continue discussions regarding any potential resolution of this matter.

Specifically, the parties request the Court exclude the 119-day period from July 7, 2026, through November 3, 2026, under the Speedy Trial Act. The ends of justice are served by a 119-day continuance of this matter.

The parties request that the Court set both a new trial date and a deadline for another motion to continue in which the parties will provide additional information including the status of the case.

Ms. Shepherd understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: May 14, 2026.

*s/ Ellie Riegel*
Ellie Riegel, OSB #221879