# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00507-AB |
| v. | SUPERSEDING INFORMATION |
| SUMMER SHEPHERD, | 18 U.S.C. § 1361 (Class A Misdemeanor) |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
**(Willfully Injuring or Committing Any Depredation Against Property of the United States)**
**(18 U.S.C. § 1361)**

On or about November 23, 2025, in the District of Oregon, defendant **SUMMER SHEPHERD** did knowingly and willfully injure or commit depredation against property of the United States, specifically, a 2022 Ford Escape, a vehicle used by the United States, and the resulting damage did not exceed the sum of $1,000,

In violation of Title 18, United States Code, Section 1361.

Dated: August 5, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB# P80252
Assistant United States Attorney

**Superseding Information (Class A Misdemeanor)**                                    **Page 1**