SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MIB #P80252**
Arin.heinz@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SUMMER SHEPHERD,**

**Defendant.**

**3:25-cr-00507-JA**

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The Government submits this memorandum to add that Ms. Shepherd qualifies for the zero-point offender adjustment pursuant to U.S.S.G. Section 4C1.1. Thus, a -2-level downward adjustment should be applied. This results in a total adjusted offense level of 2, and does not change the sentencing guideline calculation, which remains 0-6 months. The Government's sentencing recommendation also remains the same.

///

///

Dated: September 16, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB# P80252
Assistant United States Attorney